```
_____ FILED _____ LODGED
         _____ RECEIVED
```

October 11, 2013

CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR13- 5583 |
| Plaintiff, | |
| v. | INFORMATION |
| JAMES A. LEE, | (Misdemeanor) |
| Defendant. | |

The United States Attorney charges that:

## COUNT I

On or about August 25, 2013, at Joint Base Lewis-McChord, Washington, within the Western District of Washington, and within the special maritime and territorial jurisdiction of the United States, JAMES A. LEE, did drive a motor vehicle while under the influence of intoxicating liquor/drugs.

All in violation of 18 U.S.C. §§ 7 and 13, and R.C.W. 46.61.502.

## COUNT II

On or about August 25, 2013, at Joint Base Lewis-McChord, Washington, within the Western District of Washington, and within the special maritime and territorial jurisdiction

INFORMATION
United States v. JAMES A. LEE
pg. 1

Department of the Army
Special Assistant United States Attorney
Office of the Staff Judge Advocate
Box 339500 MS 69
Joint Base Lewis-McChord, WA 98433-9500
(253) 477-1918 – (253) 477-1919 Fax
usarmy.jblm.i-corps.list.sja-sausa@mail.mil

of the United States, JAMES A. LEE, did operate a motor vehicle subject to registration under chapter 46.16 R.C.W. in this state without having the vehicle insured under a motor vehicle liability policy.

All in violation of 18 U.S.C. § 7, 40 U.S.C. § 1315, 32 C.F.R. Pt. 210, and R.C.W. 46.30.020.

### COUNT III

On or about August 25, 2013, at Joint Base Lewis-McChord, Washington, within the Western District of Washington, and within the special maritime and territorial jurisdiction of the United States, JAMES A. LEE, did operate a motor vehicle at a speed greater than the lawfully posted maximum speed limit.

All in violation of 18 U.S.C. § 7, 40 U.S.C. § 1315, 32 C.F.R. Pt. 210, and R.C.W. 46.61.400.

### COUNT IV

On or about August 25, 2013, at Joint Base Lewis-McChord, Washington, within the Western District of Washington, and within the special maritime and territorial jurisdiction of the United States, JAMES A. LEE, did drive a motor vehicle upon a highway without a driver's license on his person.

All in violation of 18 U.S.C. § 7, 40 U.S.C. § 1315, 32 C.F.R. Pt. 210, and R.C.W. 46.20.017.

///

///

///

///

///

///

INFORMATION
United States v. JAMES A. LEE
pg. 2

Department of the Army
Special Assistant United States Attorney
Office of the Staff Judge Advocate
Box 339500 MS 69
Joint Base Lewis-McChord, WA 98433-9500
(253) 477-1918 – (253) 477-1919 Fax
usarmy.jblm.i-corps.list.sja-sausa@mail.mil

## COUNT V

On or about August 25, 2013, at Joint Base Lewis-McChord, Washington, within the Western District of Washington, and within the special maritime and territorial jurisdiction of the United States, JAMES A. LEE, did have in his possession, while either riding as a passenger or operating a motor vehicle upon a highway, a bottle, can, or other receptacle containing an alcoholic beverage while the container was open, or the seal broken, or the contents partially removed.

All in violation of 18 U.S.C. § 7, 40 U.S.C. § 1315, 32 C.F.R., § 210, and R.C.W. 46.61.519.

DATED this 9th day of October, 2013.

JENNY A. DURKAN
United States Attorney

MARGARET V. KURZ
Special Assistant United States Attorney

INFORMATION
United States v. JAMES A. LEE
pg. 3

Department of the Army
Special Assistant United States Attorney
Office of the Staff Judge Advocate
Box 339500 MS 69
Joint Base Lewis-McChord, WA 98433-9500
(253) 477-1918 – (253) 477-1919 Fax
usarmy.jblm.i-corps.list.sja-sausa@mail.mil